7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Eric W Prey and Jeannie L Prey−ABOVE MED
*Debtor*

**Eric W Prey**
**Jeannie L Prey**
       Plaintiff(s)

v.

**The Bank of New York Mellon Trust Co., National Association**
       Defendant(s)

*Bankruptcy Case No.*
13−60246−abf13

*Adversary Case No.*
13−06027−abf

# JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That in accordance with the Default Judgment(Doc. No. 19), Judgment is entered against Defendant on Plaintiffs' Complaint to Avoid Wholly Unsecured Lien in Real Estate, and to set aside the deed of trust held by Defendant in the approximate sum of $17,107.00, and filed with the recorder of Greene County, Missouri on September 9, 2005, Book 2005 page 051001(7 pages)("DEED OF TRUST") legally described as: All of Lot Eight(9), Final Plat Hattiesburg Hills Phase III, a subdivision in Greene County, Missouri, according to the recorded plat thereof.



Ann Thompson
Court Executive

By: /s/ Sharon Greene
       Deputy Clerk

Date of issuance: 10/9/13

Court to serve